## IN THE IOWA DISTRICT COURT IN AND FOR BREMER COUNTY

| | |
|---|---|
| ANDREA THOMPSON and GRAHAM THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SALES, INC.;<br>AMAZON.COM SERVICES, LLC; and<br>DONGCANG QUANZHOU TRADING CO., LTD.<br><br>Defendants. | Case No.:<br><br><br><br>**ORIGINAL NOTICE** |

### TO THE ABOVE-NAMED DEFENDANTS:

You are notified that a petition has been filed in the office of the clerk of this court, naming you as the defendant in this action. A copy of the petition is attached to this notice. The attorneys for the plaintiff are Crowley & Prill, whose address is 3012 Division Street, Burlington, Iowa 52601. That attorneys' phone number is (319) 753-1330; facsimile number is: (319) 752-3934.

You must serve a motion or answer within 20 days after service of this original notice upon you, and within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Bremer County, at the county courthouse in Waverly, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you need assistance to participate in court due to a disability, call the disability coordinator at 641-421-0990. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

### IMPORTANT

**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

**EXHIBIT**

**A**

# Iowa Judicial Branch

*Case No.* **LACV007121**

*County* **Bremer**

*Case Title* ANDREA AND GRAHAM THOMPSON VS AMAZON.COM SALES ETA

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 576-6336** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **07/02/2025 08:38:20 AM**



*District Clerk of Court or/by Clerk's Designee of* Bremer      County

**/s/ Janet White**